USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

Leon Leonard Medley,

                Plaintiff,

    -against-

Thomas Decker, *et al.*,

                Defendants,

-----------------------------------------------------------X

18 **CIVIL** 7361 (AJN)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 11, 2019, Medley's Petition is granted; because the Court resolves this Petition on the papers, Medley's request for oral argument is denied; accordingly, this case is closed.

**DATED:** New York, New York
              December 19, 2019

                                        RUBY J. KRAJICK
                                        Clerk of Court
BY:
                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/19/2019