UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Leon Leonard Medley,

               Petitioner,

—v—

Thomas Decker, *et al.*,

               Respondents.

18-cv-7361 (AJN)

ORDER

JAN 3 0 2020

ALISON J. NATHAN, District Judge:

As stated on the record in the conference on January 27, 2020, Respondents' return in the above-captioned action is due by February 5, 2020. Petitioner's reply is due by February 7, 2020. The Court hereby reserves February 13, 2020 at 3 p.m. for oral argument and will advise the parties by February 11, 2020 whether it requests oral argument on Petitioner's motion.

The Court is also in receipt of Respondents' January 27, 2020 letter, *see* Dkt. No. 37, which indicates that Immigration and Customs Enforcement has "confirmed that it will not transfer the petitioner outside of the New York/New Jersey area while the petitioner's post-judgment motion is pending." *Id.*

SO ORDERED.

Dated: January 30, 2020
New York, New York

ALISON J. NATHAN
United States District Judge