UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Leon Leonard Medley,

    Petitioner,

—v—

Thomas Decker, *et al.*,

    Respondents.

---

USDC SDNY
[stamp illegible]
FEB 1 1 2020

18-cv-7361 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Pursuant to the Court's January 30, 2020 Order, Dkt. No. 38, it hereby advises the parties that it does not request oral argument on February 11, 2020 and will resolve Petitioner's motion on the papers.

SO ORDERED.

Dated: February 11, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge