UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/20

Leon Leonard MEDLEY,

    *Petitioner*,

v.

Thomas DECKER, *et al.*,

    *Respondents*.

No. 18 Civ. 7361 (AJN)

### [PROPOSED] ORDER GRANTING PETITIONER'S MOTION TO FILE DOCUMENTS UNDER SEAL

Petitioner's motion to file his psychological evaluation and sensitive medical records under seal is GRANTED. For the reasons stated in Petitioner's motion, the Court orders that the psychological evaluation and medical records for his family members be placed under seal.

Specifically, the Court further orders that the following documents or portions thereof be sealed:

- Psychological Evaluation by Jessica Millet Rosenberg, with C.V. (18 pages long);
- Medical records for Maya Medley and minor child (95 pages long).

**IT IS SO ORDERED**.

Dated: August 19, 2020

_____
United States District / Magistrate Judge